UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-42212 |
|---|---|
| MARK DWAYNE SCHROCK | (Chapter 13) |
| TAMMY RENEE SCHROCK | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4055436**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 14 | FRANKLIN LANDING HOMEOWNERS<br>32 N MAIN ST  STE 1412<br>DAYTON, OH  45402 | 220.34 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/4/2011

Certificate of Service                05-42212

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| MARK DWAYNE SCHROCK | RICHARD E WEST | (14.1) |
| TAMMY RENEE SCHROCK | 195 E CENTRAL AVE | FRANKLIN LANDING HOMEOWNERS |
| 945 PRESTON DR | BOX 938 | 32 N MAIN ST  STE 1412 |
| WAYNESVILLE, OH  45068 | SPRINGBORO, OH  45066 | DAYTON, OH  45402 |

| (13.1n) | (15.1n) | (17.1n) |
| HOUSEHOLD REALTY CORP | SAXON MORTGAGE SERVICES INC | STEVEN H PATTERSON |
| 961 WEIGEL DRIVE | 1270 NORTHLAND DRIVE SUITE 200 | LERNER SAMPSON & ROTHFUSS |
| BOX 8606 | MENDOTA HEIGHTS, MN  55120 | BOX 5480 |
| ELMHURST, IL  60126 | | CINCINNATI, OH  45201-5480 |

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv